UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS MARTINEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>GILA LLC DBA MUNICIPAL SERVICES BUREAU,<br><br>    Defendant. | Case No. 5:15-cv-02948-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 12/03/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 03/23/2017 at 9:00 AM |
| Final Pretrial Conference | 06/29/2017 at 1:30 PM |
| Trial | 07/24/2017 at 9:00 AM |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5 .

7 Dated: 12/03/2015

_____
BETH LABSON FREEMAN
United States District Judge